THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CESAR ROSA, Appellant.—

Concur — Eager, J. P., Capozzoli, Nunez and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAOUL ERIC RASTORFER, Also Known as RICHARD RASTORFER, Appellant.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.